UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SANTA CLARA CRUZ-ORTIZ, Petitioner, v. JULIO HERNANDEZ ET AL., Respondents. | CASE NO. 2:26-cv-03738<br><br>ORDER |

Before the Court is Petitioner's unopposed motion to seal. Dkt. # 3. The Court has considered the motion, the rest of the file, and the governing law. The Court GRANTS the motion.

Dated this 23rd day of October, 2026.

John H. Chun

John H. Chun
United States District Judge